

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 21-0354

FILED

08/17/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 21-0354

IN THE MATTER OF:

JAMES T. McCORMACK,

An Attorney at Law,

Respondent.

FILED

AUG 17 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

On August 3, 2021, this Court placed Montana attorney James T. McCormack on interim suspension after the Office of Disciplinary Counsel requested this Court's determination as to whether such was warranted under Montana Rules for Lawyer Disciplinary Enforcement (MRLDE) 23B. However, we held execution of the interim suspension in abeyance to allow McCormack the opportunity to file a statement or pleading demonstrating good cause, if any, to set aside or modify the interim suspension pending disciplinary proceedings. McCormack has not filed any response.

Therefore, pursuant to MRLDE 23B,

IT IS ORDERED that James T. McCormack is placed on interim suspension from the practice of law in Montana, effective immediately and pending final disposition of a disciplinary proceeding predicated upon his felony criminal endangerment conviction.

IT IS FURTHER ORDERED that the Clerk of this Court shall serve a copy of this Order of Discipline upon McCormack personally.

The Clerk of this Court is further directed to provide copies of this Order to Disciplinary Counsel, the Office Administrator for the Commission on Practice, the Clerks of all the District Courts of the State of Montana, each District Court Judge in the State of Montana, the Clerk of the Federal District Court for the District of Montana, the Clerk of the

Circuit Court of Appeals of the Ninth Circuit, and the Executive Director of the State Bar of Montana.

DATED this 17th day of August, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2